IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODNEY J. MURPHY,              ) | |
|                                ) | |
|     Plaintiff,                 ) | |
|                                ) | Case No. 2:20-cv-267-RAH |
| v.                             ) | |
|                                ) | |
| STATE OF ALABAMA DEPARTMENT OF ) | |
| LABOR, et al.,                 ) | |
|                                ) | |
|     Defendants.                ) | |

## **ORDER**

On June 18, 2020, the Magistrate Judge entered a Recommendation, (Doc. 5), to dismiss the case prior to service of process for lack of subject matter jurisdiction. There being no timely objection filed to the Recommendation, and based on an independent review of the record, it is ORDERED:

1. The Recommendation of the Magistrate Judge is ADOPTED. (Doc. 5.)

2. This case is DISMISSED without prejudice.

A separate Final Judgment will be entered in accordance with this order.

DONE, this 17th day of July, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE